An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

JEREMY SIGAL,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK,
Respondent.

No. 68031

FILED

NOV 1 7 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DENYING PETITION

This is a pro se petition for a writ of mandamus challenging an order of the district court denying a motion for transcripts. Based on the documents provided by petitioner, this court concluded that his motion appeared to set forth a specific issue of arguable merit regarding his sentencing hearing and that he had no plain, speedy, and adequate remedy in the ordinary course of law and directed respondent to answer why the writ should not be issued. *Sigal v. Eighth Judicial Dist. Court*, Docket No. 68031 (Order Directing Answer, September 14, 2015). Respondent has provided documentation that the district court has granted a motion to produce the sentencing hearing transcripts at state expense. Accordingly, petitioner's request is moot, and we

ORDER the petition DENIED.

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

SUPREME COURT
OF
NEVADA

(O) 1947A

15-35057

cc: Jeremy Sigal
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk